### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Qiana N. Futrell<br>　　　　Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY)<br>　　　　Movant<br>　　vs.<br>Qiana N. Futrell<br>　　　　Debtor(s)<br>William C. Miller, Esq.<br>　　　　Trustee | NO. 15-18782 JKF<br><br>11 U.S.C. Section 362 |

### ORDER

AND NOW, this 2nd day of August, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified with respect to the subject premises located at 5703 Lebanon Avenue, Philadelphia, PA 19131 ("Property"), as to Movant, or its successor or assignee, so as to allow it to proceed with its rights and remedies ~~under the terms of the mortgage on the Property, including but not limited to the right to foreclose~~ against the Property.

_____
United States Bankruptcy Judge

Qiana N. Futrell
5703 Lebanon Avenue
Philadelphia, PA 19131

David M. Offen, Esq.
The Curtis Center
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532