United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-18782-jkf
Qiana N. Futrell                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: Aug 03, 2017
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2017.
db            +Qiana N. Futrell,    5703 Lebanon Avenue,    Philadelphia, PA 19131-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2017 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
       agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      DAVID M. OFFEN    on behalf of Debtor Qiana N. Futrell dmo160west@gmail.com,
       davidoffenecf@gmail.com
      LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
       dmaurer@pkh.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
       bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
       tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Qiana N. Futrell<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY)<br>　　　　　　　　　Movant<br>　　vs.<br>Qiana N. Futrell<br>　　　　　　　　　Debtor(s)<br>William C. Miller, Esq.<br>　　　　　　　　　Trustee | NO. 15-18782 JKF<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this **2nd** day of **August**, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified with respect to the subject premises located at 5703 Lebanon Avenue, Philadelphia, PA 19131 ("Property"), as to Movant, or its successor or assignee, so as to allow it to proceed with its rights and remedies ~~under the terms of the mortgage on the Property, including but not limited to the right to foreclose~~ against the Property.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Qiana N. Futrell
5703 Lebanon Avenue
Philadelphia, PA 19131

David M. Offen, Esq.
The Curtis Center
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532